IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 69.116.43.71

**ISP:** Optimum Online
**Physical Location:** Morristown, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/03/2017 17:20:15 | FA6E3D3929DE4DCB2D8017A30FBB60672F337725 | The Tightest Blonde |
| 11/03/2017 16:12:53 | 8EF3922426D4733FB2D6F9DFD544C151A1B85222 | Hot Euro Brunettes |
| 08/05/2017 13:53:16 | 673AA4B478E333C74CF467AD24467FFB206B7019 | Emerald Love |
| 08/05/2017 13:50:44 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 07/15/2017 04:12:08 | 04BC80BD50A127E9D1F350E07284E7B9A0E10933 | Summer Lovers |
| 02/18/2017 16:35:06 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 01/07/2017 22:13:37 | 9DDF69A7085E60CFE619236137D8759D95286485 | Pussy Party |
| 01/02/2017 14:38:57 | A4B7695E46A9FDCD37505160B8624D8B74BBF384 | Cum For A Ride |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

CNJ664