**Copyrights-In-Suit for IP Address 69.116.43.71**

**ISP:** Optimum Online
**Location:** Morristown, NJ

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| The Tightest Blonde | PA0002093333 | 10/28/2017 | 11/07/2017 | 11/03/2017 |
| Hot Euro Brunettes | PA0002093323 | 10/20/2017 | 11/07/2017 | 11/03/2017 |
| Emerald Love | PA0002078611 | 07/22/2017 | 08/30/2017 | 08/05/2017 |
| Sex For Three By The Sea | PA0002078047 | 07/29/2017 | 08/30/2017 | 08/05/2017 |
| Summer Lovers | PA0002078590 | 07/07/2017 | 08/30/2017 | 07/15/2017 |
| Want To Fuck My Wife | PA0002042072 | 02/10/2017 | 03/25/2017 | 02/18/2017 |
| Pussy Party | PA0002033411 | 07/23/2016 | 10/20/2016 | 01/07/2017 |
| Cum For A Ride | PA0002036145 | 10/21/2016 | 12/04/2016 | 01/02/2017 |

**Total Malibu Media, LLC Copyrights Infringed:  8**

EXHIBIT B

CNJ664