| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

| SERVICE OF: | SUMMONS IN A CIVIL CASE, AMENDED COMPLAINT, CERTIFICATE OF SERVICE, AND NOTICE OF FILING |
|---|---|
| EFFECTED (1) BY ME: | **DAVID SPALDING** |
| TITLE: | **PROCESS SERVER** |
| | DATE: **7/17/2018 10:08:36 AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

DONG YAO

Place where served:

92 JESSE COURT    MONTVILLE  NJ  07045

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

YUN GI

Relationship to defendant   **MOTHER**

Description of Person Accepting Service:

SEX: F   AGE: 65+   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: YELLOW   HAIR: BROWN   OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . ____          SERVICES $ _____ . ____          TOTAL $ _____ . ____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7/18/20 18                    _____ L.S.

SIGNATURE OF DAVID SPALDING
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:    PATRICK J. CERILLO, ESQ.
PLAINTIFF:   MALIBU MEDIA, LLC
DEFENDANT:   JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 69.116.43.71, ET AL
VENUE:       DISTRICT
DOCKET:      2 18 CV 00202 MCA CLW
COMMENT:

KIMBERLY GROTE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 18, 2018